UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

TIMOTHY PAUL MARTIN,　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　Petitioner,　　　　　　　 §
VS.　　　　　　　　　　　　　　　§　　CIVIL ACTION NO. C-97-414
　　　　　　　　　　　　　　　　　§
GARY JOHNSON,　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　Respondent.　　　　　　　 §

**ORDER ADOPTING AMENDED MEMORANDUM AND
RECOMMENDATION TO DENY WITHOUT
PREJUDICE PETITIONER'S MOTION TO REOPEN**

On January 11, 2010, United States Magistrate Judge B. Janice Ellington signed a

Memorandum and Recommendation recommending that petitioner's motion for relief from

judgment (D.E. 63) be denied without prejudice so that petitioner may seek the permission of the

circuit court to raise his claims.  The Memorandum and Recommendation recommended further

that a certificate of appealability be denied.  On January 28, 2010, petitioner filed Objections to

the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as

the pleadings on file and petitioner's objections, and having made a *de novo* disposition of those

portions of the Magistrate Judge's recommended disposition to which objections were raised, *see*

*Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C);

Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the

Magistrate Judge.

Accordingly, it is ORDERED that petitioner's motion for relief from judgment is denied without prejudice so that petitioner may seek the permission of the circuit court to raise his claims.  Certificate of appealability is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 4th day of February, 2010.

Janis Graham Jack
United States District Judge